IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

THOMAS WOODROW RISER,

           Plaintiff,

v.                              CIVIL ACTION NO. 5:07-cv-00005

STATE OF WEST VIRGINIA and
G. D. WILLIAMS, State Police Officer,

           Defendants.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered this day, the Court **ADOPTS** the PF&R [Docket 11] in its entirety and **DISMISSES WITHOUT PREJUDICE** Petitioner's Complaint [Docket 1]. The Court **DIRECTS** the Clerk to remove this case from the Court's docket and to send a certified copy of this Judgment Order and a copy of the accompanying Memorandum Opinion to Plaintiff *pro se*, counsel of record and Magistrate Judge Stanley.

ENTER:     June 13, 2008

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE